JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JOHN WILLIAMS, | Case No. EDCV 13-0468-JGB (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| BRIAN DUFFY, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 27, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE